IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, National  )
Association,                )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:16cv785-MHT
                            )          (WO)
GRANT SULLIVAN, INC. and    )
GRANT SULLIVAN,             )
                            )
     Defendants.            )
```

**JUDGMENT**

Upon consideration of plaintiff Wells Fargo Bank's notice of the conclusion of the Chapter 7 bankruptcy case and discharge of defendant Grant Sullivan (doc. no. 29), in which plaintiff Wells Fargo Bank states that it wishes to dismiss defendant Grant Sullivan (but not defendant Grant Sullivan, Inc.) from this action without prejudice, it is ORDERED that defendant Grant Sullivan is dismissed without prejudice, and terminated as a party, pursuant to Federal Rule of Civil Procedure 41(a)(2), with no costs taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and all claims against defendant Grant Sullivan, Inc. remain pending.

DONE, this the 18th day of May, 2017.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**