IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, National   )
Association,                 )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:16cv785-MHT
                             )         (WO)
GRANT SULLIVAN, INC.,        )
                             )
     Defendant.              )
```

## OPINION

Plaintiff filed this lawsuit asserting that defendant is in breach of a note. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for summary judgment be granted, and that judgment be entered against defendant. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**