IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, National Association, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRANT SULLIVAN, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:16cv785-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 39) is adopted.

(2) Plaintiff's motion for summary judgment (doc. no. 35) is granted in its entirety as to its claim of breach of note.

(3) Judgment is entered in favor of plaintiff Wells Fargo Bank, National Association, and against defendant Grant Sullivan, Inc., in the amount of $ 100,050.92 as of September 8, 2016, plus interest accruing from and

after September 8, 2016, at the rate of $ 9.28 per day through and including the date of judgment; and $ 6,823.77 in attorneys' fees and expenses.

It is further ORDERED that costs are taxed against defendant, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**